UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Kate Spade LLC and Coach Services, Inc.**, <br>         Plaintiffs, <br><br>    v. <br><br> **Vinci Brands LLC**, <br>         Defendant. | Civil Action No.: <br><br> **Rule 7.1 Disclosure Statement** |

The undersigned counsel for Plaintiffs Kate Spade LLC and Coach Services, Inc. certify the following:

1.   Kate Spade LLC is a wholly-owned subsidiary of Coach Services, Inc. Coach Services, Inc. is a wholly-owned subsidiary of Tapestry, Inc. (NYSE: TPR). Tapestry, Inc. is publicly traded. Vanguard Group, Inc. is the only entity that owns more than ten percent of the stock of Tapestry, Inc.

Dated: New York, New York
       June 26, 2023

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ Christine B. Cesare*

| | |
|---|---|
| Christine B. Cesare | (Bar No. 1990134) |
| Thomas J. Schell | (Bar No. 2991149) |
| Jane Ernst | (Bar No. 5927009) |

1290 6th Ave,
New York, NY 10104
Tel: (212) 541-2000
cbcesare@bclplaw.com
tjschell@bclplaw.com
jane.ernst@bclplaw.com

Nick E. Williamson (*pro hac vice* forthcoming)
One Metropolitan Square,
211 N Broadway Suite 3600,
St. Louis, MO 63102
Tel: (314) 259-2000
nick.williamson@bclplaw.com

*Attorneys for Kate Spade LLC and Coach Services, Inc.*