UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kate Spade LLC and Coach Services, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Vinci Brands LLC, <br><br> Defendant. | Civil Action No.: 1:23-cv-05409-LGS <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF <u>NICK E. WILLIAMSON</u>** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), Nick E. Williamson hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bars of the State of Missouri and District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been held in contempt of court, censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3. Defendant Vinci Brands LLC consents to the relief sought in this motion.

Dated: July 6, 2023

Respectfully Submitted,

By:_____
Nick E. Williamson
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
T: (314) 259-2661
E: nick.williamson@bclplaw.com

*Attorneys for Plaintiffs*