AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| Kate Spade LLC and Coach Services, Inc., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:23-cv-05409 |
| Vinci Brands LLC, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Vatis                                                                                                                      .

Date:        07/06/2023

*Michael A. Vatis*

*Attorney's signature*

Michael Vatis, MW 1734

*Printed name and bar number*

1155 Avenue of the Americas,
26th Floor
New York, NY 10036

*Address*

mvatis@beneschlaw.com

*E-mail address*

(646) 593-7050

*Telephone number*

(646) 755-3397

*FAX number*