```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  KATE SPADE LLC, et al.,                                    :
                                      Plaintiffs,            :
                                                             :         23 Civ. 5409 (LGS)
                 -against-                                   :
                                                             :              ORDER
  VINCI BRANDS LLC, et al.,                                  :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 26, 2023, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction (the "Motion");

WHEREAS, on June 27, 2023, a hearing was held on the Motion;

WHEREAS, on July 10, 2023, Plaintiffs filed an amended complaint, naming an additional defendant;

WHEREAS, on July 11, 2023, Defendant Vinci Brands LLC, filed an opposition to the Motion.  It is hereby

**ORDERED** that, by **July 18, 2023**, Plaintiffs shall file a letter stating how, if at all, the Motion is impacted by the filing of the amended complaint and by developments in state court.

Dated: July 14, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE