

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial:  646.328.0494
Fax:  646.755.3397
mvatis@beneschlaw.com

September 7, 2023

**Application GRANTED.**

**VIA ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The Clerk of Court is respectfully directed to strike the filings at Dkt. 91 in 1:23-cv-5409 and Dkt. 142 in 1:23-cv-5138.

Dated: September 11, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Vinci Brands LLC v. Coach Services, Inc., et al.* **(Case Nos. 1:23-cv-05138-LGS)**
and *Coach Services, Inc., et al. v. Vinci Brands LLC, et al.* **(1:23-cv-05409-LGS)**

Dear Judge Schofield,

We write to respectfully request that the previously filed letter providing the Siena Loan Amendments (ECF 91 and ECF 142) be struck. That letter was filed in error and does not contain all the relevant loan documents.

Subsequent to that letter, Vinci Brands LLC ("Vinci") filed a corrected letter with all relevant Amendments and other loan documents. Vinci respectfully requests that the Court consider this corrected letter and the documents attached thereto.

Respectfully submitted,
BENESCH,     FRIEDLANDER,
  COPLAN & ARONOFF LLP
*/s/ Michael A. Vatis*
Michael A. Vatis