**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                    :
VINCI BRANDS LLC,                                   :
                                    Plaintiff,      :
                                                    :
                    -against-                       :          23 Civ. 5138 (LGS)
                                                    :
COACH SERVICES, INC., et al.,                       :
                                    Defendants.  :
                                                    :
------------------------------------------------------------:          __ORDER__
                                                    :
KATE SPADE LLC, et al.,                             :
                                    Plaintiffs,      :
                                                    :
                    -against-                       :          23 Civ. 5409 (LGS)
                                                    :
VINCI BRANDS LLC, et al.,                           :
                                    Defendants.  :
                                                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 22, 2023, Vinci Brands LLC ("Vinci") filed a motion for

extension of time to file a motion for reconsideration or reargument of the Court's September 12,

2023, preliminary injunction opinion and order.  It is hereby

**ORDERED** that Vinci's motion for an extension of time is **GRANTED** in part and

**DENIED** in part.  Vinci shall file any such motion by **September 29, 2023**.

The Clerk of Court is respectfully directed to close the motions at Dkt 153 in No. 23 Civ.

5138 and Dkt. 100 in No. 23 Civ. 5409.

Dated:  September 27, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE