| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Kate Spade shall file a response, not to exceed ten pages, by **October 11, 2023**.  So Ordered.<br><br>Dated: October 2, 2023<br>         New York, New York<br><br>*[signature]*<br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Vinci Brands LLC,<br>            Plaintiff,<br>    v.<br>Coach Services, Inc., Kate Spade LLC, Tapestry, Inc., and Case-Mate, Inc.,<br>            Defendants. | Civil Action No. 1:23-cv-05138-LGS |
| Kate Spade LLC and Coach Services, Inc.<br>            Plaintiffs,<br>    v.<br>Vinci Brands LLC and ACS Group Acquisitions LLC,<br>            Defendants. | Civil Action No. 1:23-cv-05409-LGS |

### VINCI BRAND LLC'S MOTION FOR RECONSIDERATION OF SEPTEMBER 13, 2023 OPINION AND ORDER

Vinci Brands LLC, by its attorneys, Benesch, Friedlander, Coplan & Aronoff, hereby moves for reconsideration of the Court's September 13, 2023 Opinion and Order granting in part and denying in part the cross-motions for a preliminary injunction filed by Vinci and by Coach Services, Inc., Kate Spade, LLC, and Tapestry, Inc. (collectively, "Kate Spade") in these two related cases, on the ground that the Court erred in finding that the "Second Termination" of the License Agreement, on July 18, 2023, was valid, for the reasons articulated in the accompanying Memorandum in Support of Vinci Brand LLC's Motion for Reconsideration of September 13, 2023 Opinion and Order.

WHEREFORE, Vinci respectfully requests that the Court reconsider its September 13, 2023 Opinion and Order and (1) grant Vinci's Motion for a preliminary injunction (ECF 17) temporarily restraining and enjoining Kate Spade from transmitting further communications to the public and/or trade and/or Vinci's suppliers or customers, indicating or suggesting that the License Agreement between Vinci and Kate Spade has been terminated and that Vinci is no longer authorized to manufacture, promote, sell, or distribute Kate Spade Approved Licensed Merchandise; temporarily restraining and enjoining Kate Spade from further breaching the License Agreement; and requiring Kate Spade to provide Vinci with a Letter of Authorization stating that Vinci is authorized to develop, produce, manufacture, promote, advertise, distribute, and sell Kate Spade-branded protective technology cases and mobile accessories; and (2) deny Kate Spade's Motion for a preliminary injunction in full.

Dated: September 29, 2023           Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
By:

s/ Michael A. Vatis

Michael A. Vatis
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Tel: 646.593.7050
mvatis@beneschlaw.com
Attorney for Plaintiff