UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KATE SPADE LLC, et al.,                                      :
                                   Plaintiffs,               :
                                                             :   23 Civ. 5409 (LGS)
           -against-                                         :
                                                             :   ORDER
VINCI BRANDS LLC, et al.,                                    :
                                   Defendants.               :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 7, 2023, the Court held a hearing on Plaintiffs' motion for a temporary restraining order.  It is hereby

ORDERED that by **December 8, 2023, at 4:00 P.M.**, the parties shall submit a joint proposed order reflecting the Court's ruling at the hearing.  It is further

ORDERED that by **December 21, 2023**, Defendant ACS Group Acquisitions LLC ("ACS") shall submit an opposition to Plaintiffs' request for injunctive relief.  By **January 10, 2024**, Plaintiffs shall submit a reply.  The parties shall comply with the Court's Individual Rules in filing their papers.

Dated: December 8, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE