**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATE SPADE, LLC and COACH
SERVICES, INC,

           Plaintiffs,

v.

VINCI BRANDS, LLC, and ACS GROUP
ACQUISITIONS LLC,

           Defendants.

---

**Civil Action No.:  23-cv-05409**

**TEMPORARY RESTRAINING**
**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 6, 2023, Plaintiffs Kate Spade, LLC and Coach Services, Inc.

filed an Order to Show Cause for an Order of Contempt with a Temporary Restraining Order (ECF

157), a Memorandum of Law in Support (ECF 159), and the annexed Declaration of Jacquelynne

de Lagarde, executed on the 6th day of December 2023, together with its exhibits (ECF 160);

WHEREAS, on December 7, 2023, the Court held a hearing on the Order to Show Cause

for an Order of Contempt with a Temporary Restraining Order;

WHEREAS, based on the Court's review of the papers and its consideration of the

argument presented at the hearing, the Court orders as follows:

    **IT IS HEREBY**

    **ORDERED** that, sufficient reason having been shown therefor, pursuant to Rule 65 of the

Federal Rules of Civil Procedure, Defendant ACS Group Acquisitions LLC and all persons or

entities acting in concert and participation with them are temporarily restrained and enjoined, until

further Order from this Court, from selling, distributing, or dealing in or with any and all Kate

Spade® Goods, other than sales to complete written customer orders received by Defendant Vinci

Brands LLC as of July 18, 2023, whether or not such orders are cancelable, as permitted by the

Court's September 12, 2023, Opinion and Order, as well as its September 21, 2023, Order and its

October 3, 2023, Order; and it is further

ORDERED that, on counsel for Defendant Vinci Brands LLC's representations regarding

compliance with the Court's September 12, 2023, Opinion and Order, as well as its September 21,

2023, Order and its October 3, 2023, Order, at the December 7, 2023, hearing, Plaintiffs' request

for a temporary restraining order against Vinci is **DENIED**; and it is further

ORDERED that Plaintiffs' Motion for Contempt is **DENIED** as moot.

The parties may jointly propose any modification to this Order, but only to the extent that

the affected parties on both sides agree.

Dated: December 11, 2023
       New York, New York

_____
     LORNA G. SCHOFIELD
     **UNITED STATES DISTRICT JUDGE**