```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
  KATE SPADE LLC, et al.,                                     :
                                  Plaintiffs,                 :
                                                              :     23 Civ. 5409 (LGS)
              -against-                                       :
                                                              :            ORDER
  VINCI BRANDS LLC, et al.,                                   :
                                  Defendants.                 :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Dkt. 273 order directed ACS to file any opposition to KSNY's motion to dismiss by June 14, 2024;

WHEREAS, no opposition has been filed. It is hereby

**ORDERED** that ACS shall either state it does not intend to oppose KSNY's motion or file its opposition, not to exceed 7 pages, by **June 20, 2024**. KSNY shall file any reply, not to exceed 4 pages, by **June 27, 2024**.

Dated: June 18, 2024
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE