UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KATE SPADE LLC and COACH SERVICES, INC.,

            Plaintiffs,

v.

VINCI BRANDS, LLC AND ACS GROUP ACQUISITIONS LLC,

            Defendants,
------------------------------------------------------------ X
ACS GROUP ACQUISITION LLC, individually, and as Successor-In-Interest by Assignment to MONROE CAPITAL MANAGEMENT, LLC, et al.,

            Counterclaim and Third-Party Plaintiff,

v.

KATE SPADE LLC and COACH SERVICES, INC.,

            Counterclaim Defendants,

and

CASE-MATE, INC.

            Third-Party Defendant.
------------------------------------------------------------ X

Civil Action No.: 23-civ-05409

**ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS**

**JURY TRIAL DEMANDED**

The motions at Dkts. 279 and 282 are **DENIED** as moot in light of the filing of ACS's Amended Counterclaims.  So Ordered.

Dated: June 24, 2024
       New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

       Defendant, ACS Group Acquisition LLC ("ACS" or "Defendant") by and through their attorneys, Lazare Potter Giacovas & Moyle LLP, as and for their Answer to Plaintiffs, Kate Spade LLC and Coach Services, Inc.'s (collectively "Kate Spade," "Plaintiffs" or "Counter-Defendants") Second Amended Complaint ("SAC"), respectfully alleges as follows:

1