**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KATE SPADE LLC, et al,

Plaintiffs,                    **23-CV-05409 (LGS) (VF)**

-against-                      **ORDER**

VINCI BRANDS LLC,

Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

As discussed at the conference on July 16, 2024, ACS's deadline to oppose Case-Mate's

motion to dismiss is **August 15, 2024**.

**SO ORDERED.**

DATED:    New York, New York
          July 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge