**LPG&M**  LAZARE POTTER GIACOVAS & MOYLE LLP

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-2403
rgiacovas@lpgmlaw.com

July 2, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United State District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

> *Re:   Kate Spade New York LLC, et al. v. Vinci Brands LLC, et al., Case No. 23-cv-05409; Letter Motion to Seal*

Dear Judge Schofield:

Pursuant to Your Honor's Individual Rule I.D.3., ACS Group Acquisitions LLC ("ACS") respectfully requests that Exhibit 1 to the July 2, 2024 Declaration of Robert A. Giacovas in Opposition to Kate Spade LLC's and Coach Services, Inc.'s Motion For Leave To File A Third Amended Complaint (the "Giacovas Declaration") be provisionally filed under seal. On February 7, 2024, this Court so ordered the Stipulation And Confidentiality Agreement And Order And Stipulated Electronically Stored Information Protocol (the "Protective Order"). Exhibit 1 to the Giacovas Declaration is a June 1, 2023 email exchange that was produced by Coach Services, Inc. and Kate Spade LLC ("KSNY") and designated as Confidential pursuant to the Protective Order. ACS does not consider this exhibit to be Confidential; however, it makes this letter motion to be consistent with the Protective Order.

"The party seeking to file a document under seal bears the burden of demonstrating that sealing is warranted." *Collado v. City of New York,* 193 F.Supp.3d 286, 289 (S.D.N.Y. 2016) citing *DiRussa v. Dean Witter Reynolds, Inc.,* 121 F.3d 818, 826 (2d Cir. 1997). Accordingly, and pursuant to the Protective Order, ACS requests that Exhibit 1 to the Giacovas Declaration be filed under seal until KSNY has had an opportunity to move to seal. We will file a slip sheet for Exhibit 1 with the Giacovas Declaration and separately file the exhibit under seal. We note that all counsel of record should have access to the unredacted exhibit.

We thank the Court for its continued assistance in this matter.

*July 2, 2024*
*Page 2 of 2*

Respectfully Submitted,

Robert A. Giacovas

Counsel for ACS Group Acquisitions, LLC

**MEMO ENDORSED**

_____

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
             DATED:  July 16, 2024

The provisional seal requested herein is granted.
The Clerk of Court is directed to maintain the
viewing restrictions on ECF No. 320 until July 30,
2024. The Clerk of Court is also respectfully
directed to terminate the Motion at ECF No. 319.