UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCI BRANDS LLC,

                        Plaintiff,          **23-cv-5138 (LGS) (VF)**
                                          **23-cv-5409 (LGS) (VF)**

      -against-

COACH SERVICES, INC. et al,                                **ORDER**

                        Defendants.
------------------------------------------------------------------X
KATE SPADE LLC et al,

                        Plaintiffs,

     -against-

VINCI BRANDS LLC,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on August 20, 2024:

- Kate Spade's production of text messages will be completed by September 6, 2024.

- Kate Spade will produce financial information that it has available by September 6, 2024. Any disputes regarding the production of Kate Spade's financial information can be discussed at the conference scheduled for September 17, 2024.

- By September 6, 2024, Case Mate will produce the following categories of financial information:

    o (1) Royalty reports for Kate Spade sales for Q2 and Q3 2024,

    o (2) actual sales and open purchase order data for Kate Spade branded goods for 2024 to date, and

1

  - (3) a list of Case-Mate's vendors.
  - If there is an issue with any other financial information for Case Mate, the parties can raise the dispute at the September 17 conference.
- Kate Spade's request to produce certain text messages with the limited redactions discussed at the conference is granted. As explained at the conference, Kate Spade has shown good cause for the redactions.
- All parties have agreed to produce materials obtained through a third-party subpoena within 48 hours of receipt of that material.

**SO ORDERED.**

DATED:   New York, New York
         August 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge