UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KATE SPADE LLC, et al.,

                              Plaintiffs,                      **23-CV-05409 (LGS) (VF)**

            -against-                                   **ORDER**

VINCI BRANDS LLC, et al.,

                              Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Kate Spade LLC, Coach Services, Inc., and Tapestry, Inc. filed a motion to seal Exhibits B, D, and F to the Letter Motion Requesting Permission to Reopen Depositions at ECF No. 381 but did not put forth a basis for sealing other than relying on the stipulation and confidentiality order at ECF No. 193. Similarly, Kate Spade LLC filed a motion to provisionally seal Exhibits F and G to its Motion for Leave to File a Third Amended Complaint at ECF No. 303 but did not put forth a basis for permanently sealing the documents.

      The provisional seals on ECF No. 304, ECF No. 305, and ECF No. 382 will be lifted if a showing is not made under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006). Interested parties are directed to file their submission in support of permanently sealing the documents by **November 1, 2024**.

      **SO ORDERED.**

DATED:      New York, New York
                October 23, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge