**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands, LLC, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 1:23-cv-05138-LGS |
| ) | |
| v. ) | Judge Lorna G. Schofield |
| ) | |
| Coach Services, Inc., Kate Spade LLC, ) | |
| Tapestry, Inc., and Case-Mate, Inc., ) | |
| ) | |
| Defendants ) | |
| AND ) | |
| ) | |
| Coach Services, Inc. and Kate Spade LLC, ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 1:23-cv-05409-LGS |
| v. ) | |
| ) | Judge Lorna G. Schofield |
| Vinci Brands, LLC and ACS Group ) | |
| Acquisitions LLC, ) | |
| ) | |
| Defendants ) | |

**DECLARATION OF PAUL A. DEL AGUILA**

I Paul A. Del Aguila, hereby declare, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, that the following is true and correct:

1. I am a member of the firm of Dickinson Wright PLLC, counsel for Vinci Brands, LLC ("Vinci") in the above-captioned actions. I submit this Declaration in support of Vinci's Letter Motion to Compel and for Alternate Method of Service.

2. On November 8, 2024, Vinci issued a Subpoena to Produce Documents to Himatsingka America, Inc. ("Himatsingka"), a true and correct copy of which is attached hereto as Exhibit A.

1

2

3. Hitmasingka is registered as Foreign Business Corporation in New York. On November 11, 2024, the Subpoena was served on Himatsingka's registered agent in New York. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit B.

4. Over the past few weeks, Vinci's counsel has attempted to contact Himatsingka at phone numbers affiliated with or attributed to Himatsingka but its call have gone unanswered.

I declare under penalty of perjury that the foregoing is true and correct

Executed on December 23, 2024

/s/ Paul A. Del Aguila