# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-05409 | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>12147703 (34937) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>KATE SPADE LLC and COACH SERVICES, INC., | | Defendant / Respondent:<br>Vinci Brands LLC and ACS GROUP ACQUISITIONS LLC, et al | |
| Received by:<br>RUSHReady Serve | | For:<br>FORTZ LEGAL | |
| To be served upon:<br>HIMATSINGKA AMERICA, INC. c/o C T CORPORATION SYSTEM | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Vincenza Cipriano, Company: 28 Liberty Street, New York, NY 10005
**Manner of Service:** Authorized, Nov 11, 2024, 2:11 pm EST
**Documents:** Subpoena to produce documents

**Additional Comments:**
1) Successful Attempt: Nov 11, 2024, 2:11 pm EST at Company: 28 Liberty Street, New York, NY 10005 received by Vincenza Cipriano. Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'5"; Hair: Black; Eyes: Brown; Relationship: Intake specialist ; Other: Glasses ; I was escorted to the 42nd floor, met with a female who identified herself as the intake specialist for CT Corporation, and accepted service.

Joshua Lee     Date 11/11/24
2095110-DCA

RUSHReady Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
9146202266

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 11/11/24     Commission Expires 12/2/26

ZAKIYYAH E. SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 2026