UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATE SPADE LLC, et al,

                            Plaintiffs,                **23-CV-05409 (LGS) (VF)**

            -against-                                **ORDER**

VINCI BRANDS LLC,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A motion seeking a provisional seal of certain documents was filed at ECF No. 408. To date, interested parties have failed to make a showing for permanently sealing the documents that were provisionally sealed at ECF No. 408. Parties interested in permanently sealing any of the documents at ECF No. 408 are directed to file a letter motion to seal, with a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), by **March 31, 2025**. If no showing is made, the documents will be unsealed. The Clerk of Court is directed to terminate the motion at ECF No. 408.

      Letter motions seeking provisional seals were also filed at ECF Nos. 303 and 381. The Court directed interested parties to move to permanently seal the provisionally sealed documents at ECF Nos. 304, 305, and 382 by November 1, 2024. ECF No. 406. No showing was ever made. As such, the Clerk of Court is directed to unseal the documents at ECF Nos. 304, 305, and 382 and to terminate the motions and ECF Nos. 303 and 381.

      Letter motions seeking provisional seals were also filed at ECF Nos. 424 and 426. On December 9, 2024, Vinci moved to permanently seal the respective documents. ECF No. 441. On December 10, 2024, the Court granted Vinci's motion to seal. ECF No. 443. In light of the

Court's order at ECF No. 443, the motions at ECF Nos. 424 and 426 have been resolved. The Clerk of Court is directed to terminate the motions at ECF Nos. 424 and 426.

    **SO ORDERED.**

DATED:    New York, New York
              February 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge