UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kate Spade LLC and Coach Services, Inc.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Vinci Brands LLC, ACS Group Acquisitions LLC, Onward Brands LLC, Charles Tebele, and Sam "Sonny" Haddad,<br><br>　　　　　　Defendants.<br><br>———————————————————————<br><br>ACS Group Acquisition LLC, individually and as Successor-In-Interest by Assignment to Monroe Capital Management LLC,<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaimant,<br><br>　　　v.<br><br>Kate Spade LLC and Coach Services, Inc. Counterclaim Defendants, and Case-Mate, Inc.<br><br>　　　　　　Third-Party Defendant. | Civil Action No. 1:23-cv-05409-LGS-VF<br><br>Civil Action No. 1:23-cv-05138-LGS-VF<br><br><br>Hon. Lorna G. Schofield, U.S.D.J.<br>Hon. Valerie Figueredo, U.S.M.J |

**ACS GROUP ACQUISITIONS, LLC'S MOTION TO PERMANENTLY SEAL**

ACS Group Acquisitions, LLC ("ACS") respectfully request that Exhibit A, which was attached to Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc.'s ("KSNY") letter motion to compel (the "Letter Motion") and a portion of KSNY's letter motion filed as KSNY Action ECF[1] 468 and 468-1 and Vinci Action ECF 718 and 718-1 regarding the marketing of Kate Spade goods by ACS, including but not limited to, competitive pricing information. ACS makes

---

[1] Case No. 1:23-cv-05409-LGS-VF is referred to as the "KSNY Action" and Case No. 1:23-cv-05138-LGS-VF is referred to as the "Vinci Action."

1

its request to permanently seal Exhibit A and that certain portion of the Letter Motion that references Exhibit A on the basis that these documents contain ACS' sensitive confidential financial information.

Accordingly, ACS respectfully requests that the Court permanently seal this document and provide viewing rights to those identified in KSNY's Motion to Seal.

Dated: February 21, 2025

                LAZARE POTTER GIACOVAS
                   & MOYLE LLP

By:    s/Anna Pia D. Felix 
        Robert A. Giacovas
        Anna Pia D. Felix
        Christina Dellaporte
747 Third Avenue, 16th Floor
New York, NY 10017
(212) 758-9300
(212) 888-3295 (fax)
rgiacovas@lpgmlaw.com
afelix@lpgmlaw.com
cdellaporte@lpgmlaw.com

*Attorneys for ACS Group Acquisitions LLC*

---

**MEMO ENDORSED**

*[signature]*

**HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE**

**Dated:** 2/24/25

The motion to seal ECF Nos. 718 and 718-1 in 23-CV-5138 and ECF Nos. 468 and 468-1 in 23-CV-5409 is GRANTED. The Clerk of Court is directed to permanently seal the documents and terminate the gavels at ECF No. 769 in 23-CV-5138 and ECF No. 499 in 23-CV-5409.