UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCI BRANDS LLC, et al., *Plaintiffs*, v. KATE SPADE LLC, et al., *Defendants*. | Case No. 1:23-cv-05138-LGS |
| KATE SPADE LLC, et al., *Plaintiffs*, v. VINCI BRANDS LLC, et al., *Defendants*. | Case No. 1:23-cv-05409-LGS |

### [PROPOSED] ORDER ON THE TJX COMPANIES, INC.'S MOTION TO PERMANENTLY SEAL OR, IN THE ALTERNATIVE, SUBSTITUTE A REDACTED COPY

*Order Granting Exhibit 2 be Permanently Sealed*

Upon The TJX Companies, Inc.'s March 24, 2025 Motion to Permanently Seal, it is hereby **ORDERED** that Exhibit 2 (TJX000016), which was attached to the Joint letter addressed to Magistrate Judge Valerie Figueredo from Michael Vatis dated November 15, 2024 (ECF 613, 616, 617 in the Vinci Action; ECF 423, 426, 427 in the KSNY Action), **be permanently sealed.**

---

**MEMO ENDORSED**

*[Signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 3/26/2025

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the seals on ECF No. 617 in 23-CV-5138 and ECF No. 427 in 23-CV-5409. Vinci is directed to file a redacted version of the document, redacting the name, position, and contact information for the TJX Companies, Inc.'s employee by **Tuesday, April 15, 2025**. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 797 in 23-CV-5138 and ECF No. 522 in 23-CV-5409.