**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vinci Brands LLC, | |
| Plaintiff, | Civil Action No. 1:23-cv-05138-LGS-VF |
| v. | Hon. Lorna G. Schofield, U.S.D.J. |
| Coach Services, Inc., Kate Spade, LLC, Tapestry, Inc., and Case-Mate, Inc., | Hon. Valerie Figueredo, U.S.M.J |
| Defendants, et al. | |
| Kate Spade LLC and Coach Services, Inc., | |
| Plaintiffs, | Civil Action No. 1:23-cv-05409-LGS-VF |
| v. | Hon. Lorna G. Schofield, U.S.D.J. |
| Vinci Brands LLC and ACS Group Acquisitions LLC, | Hon. Valerie Figueredo, U.S.M.J |
| Defendants, et al. | |

**ACS GROUP ACQUISITIONS, LLC AND SVES LLC'S**
**MOTION TO PERMANENTLY SEAL**

ACS Group Acquisitions, LLC ("ACS") and SVES LLC ("SVES") respectfully request that Exhibits 1-3, which were attached to Coach Services, Inc., Kate Spade LLC, and Tapestry, Inc.'s October 24, 2024 letter motion to compel the deposition of SVES's principal and consists of certain emails sent by SVES, be permanently sealed. ACS and SVES make this request on the basis that these documents contain sensitive and confidential information that pertains to ACS.

Accordingly, ACS and SVES respectfully request that the Court permanently seal these documents and provide viewing rights to all parties named in this action.

Dated: March 31, 2025

                                      LAZARE POTTER GIACOVAS
                                            & MOYLE LLP

By:    s/Anna Pia D. Felix
        Robert A. Giacovas
        Anna Pia D. Felix
        Christina Dellaporte
747 Third Avenue, 16th Floor
New York, NY 10017
(212) 758-9300
(212) 888-3295 (fax)
rgiacovas@lpgmlaw.com
afelix@lpgmlaw.com
cdellaporte@lpgmlaw.com

*Attorneys for ACS Group Acquisitions LLC*

and

LAZARUS & LAZARUS PC

By:    s/Harlan Lazarus
        Harlan Lazarus
240 Madison Avenue
New York, NY 10016
(212) 889-7400
hlazarus@lazarusandlazarus.com

*Attorneys for SVES LLC*

---

**MEMO ENDORSED**

/s/ Valerie Figueredo

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 4/2/2025

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions on the documents filed at ECF Nos. 591-1 and 591-3 in 23cv5318 and ECF No. 409 in 23cv5409. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 807 in 23cv5138 and ECF No. 529 in 23cv5409.