**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KATE SPADE LLC, et al,

                    Plaintiffs,         **23-CV-05409 (LGS) (VF)**

      -against-         **ORDER**

VINCI BRANDS LLC,

                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

On January 31, 2025, Vinci Brands LLC ("Vinci") moved to hold Himatsingka America, Inc. ("Himatsingka") in contempt. See ECF No. 480. On April 9, 2025, the Court issued an order (the "Order to Show Cause") directing Himatsingka to show cause why it should not be held in contempt. ECF No. 533. In the Order to Show Cause, the Court directed Vinci to serve a copy of the Order to Show Cause on Himatsingka by April 14, 2025 through the means previously authorized by the Court. Id. at 2. Vinci has not filed an affidavit of service confirming that Himatsingka was served with a copy of the Order to Show Cause. Vinci is therefore ordered to file an affidavit of service confirming that Himatsingka was served with a copy of the Order to Show Cause by **Thursday, May 1, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
             April 28, 2025

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge