UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCES COOMBE,

                             Plaintiff,                                  **23-CV-10994 (VF)**

        -against-

                                                                  **ORDER**

MUSE MANAGEMENT, INC., et al,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

       At ECF No. 58, the parties reported that all discovery has been completed. Any opening brief seeking summary judgment should be filed by no later than **Tuesday, September 2, 2025.**

       **SO ORDERED.**

DATED:    New York, New York
                    June 16, 2025

                                                                               _____
                                                                               VALERIE FIGUEREDO
                                                                               United States Magistrate Judge