

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

July 24, 2025

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Vinci Brands, LLC v. Coach Servs. Inc., et al.*, Civil Action No. 1:23-cv-05138 and *Kate Spade, LLC, et al v. Vinci Brands, LLC*, et al, Civil Action No. 1:23-cv-5409.  **Letter Motion to Seal**

Dear Judge Figueredo:

Benesch today filed a response to a Letter Motion to Compel filed by Vinci Brands LLC and Onward Brands LLC (ECF 861). The Court permitted that Letter Motion to be filed under seal. ECF 867. Benesch's response to the Letter Motion is at ECF 873. In order to prevent the disclosure of privileged communications, Benesch respectfully requests that its response to the Letter Motion be sealed.

                                  Respectfully submitted,

BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP

s/ Michael A. Vatis

Michael A. Vatis

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 7/25/25

The motion to seal is GRANTED for the reasons stated at ECF No. 870. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 874 and to maintain the viewing restrictions at ECF No. 873.