

55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603-5127
TELEPHONE: 312-641-0060
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

PAUL A. DEL AGUILA
PDelAguila@dickinsonwright.com
312-377-7862

**MEMO ENDORSED**

/s/ *(signature)*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 8/12/25

The motion to seal is GRANTED for the reasons set forth at ECF No. 870 in Case No. 23-CV-5138. The Clerk of Court is directed to maintain the viewing restrictions at ECF No. 559 and terminate the motion at ECF No. 560.

August 11, 2025

**VIA ECF**

The Honorable Valerie Figueredo
Daniel Patrick Moynahan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Kate Spade, LLC, et al v. Vinci Brands, LLC*, et al, Civil Action No. 1:23-cv-5409.

**Letter Motion to Seal Letter Motion for Court to Compel**

Dear Judge Figueredo:

Our office represents Vinci Brands, LLC ("Vinci"). On June 24, 2025, Your Honor retained jurisdiction over any dispute arising from Benesch's transfer of files, data, and information. (ECF 842). As set forth in the Vinci's Letter Motion to Compel (filed under seal), Vinci, in order to comply with Judge Schofield's August 4, 2025 Order (ECF 558), has requested certain information from Benesch but Benesch is refusing to produce that information. Given that the dispute implicates Benesch's representation and the scope of services provided, and to prevent the disclosure of privileged communications, Vinci respectfully requests that the Court grant its Letter Motion to Seal.

Respectfully submitted,

/s/ *Paul A. Del Aguila*
Paul A. Del Aguila
Counsel for Vinci Brands LLC  delag

ARIZONA   CALIFORNIA   COLORADO   FLORIDA   ILLINOIS   KENTUCKY   MICHIGAN   NEVADA   OHIO   TENNESSEE   TEXAS   WASHINGTON DC   TORONTO