

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

August 13, 2025

**VIA ECF**
The Honorable Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kate Spade, LLC, et al v. Vinci Brands, LLC*, et al, Civil Action No. 1:23-cv-5409.  **Motion to Seal Response to Vinci's Motion to Compel**

Dear Judge Figueredo:

Benesch today filed a response to a Letter Motion to Compel filed by Vinci Brands LLC. ECF 564. The Court permitted Vinci's Letter Motion to be filed under seal. ECF 563. Benesch respectfully requests that its response to the Letter Motion be sealed for the same reasons the Letter Motion was ordered sealed.

Respectfully submitted,

BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP

s/ Michael A. Vatis

Michael A. Vatis

---

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 8/14/25

The motion to seal is granted for the reasons stated at ECF No. 870 in Case No. 23-CV-5138. The Clerk of Court is directed to maintain the viewing restrictions at ECF No. 564, and terminate the gavel at ECF No. 565.