UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCI BRANDS LLC,
                              Plaintiff,

          -against-                      23 Civ. 5138 (LGS)

COACH SERVICES INC., et al.,
                              Defendants,
------------------------------------------------------------X
KATE SPADE LLC, et al.,
                              Plaintiffs,

          -against-                      23 Civ 5409 (LGS)

VINCI BRANDS, LLC, et al.,                      **ORDER**
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties having stated their intentions to file cross-motions for summary judgment, it is hereby

       **ORDERED** that, by **November 21, 2025**, Vinci Brands, LLC ("Vinci"), ACS Group Acquisitions, LLC ("ACS"), Onward Brands, LLC ("Onward"), Charles Tebele, Sam Haddad (together with Charles Tebele and Onward, the "Onward Parties"), CWD Armor Management, LLC and Candlewood Partners, LLC (together with CWD Armor Management, LLC, the "Candlewood Parties") shall jointly file a chart showing all of the surviving claims against them, and all of their surviving claims against any other party, and in one or a few words, each principal argument in support of summary judgment.

       By **November 21, 2025**, Coach Services, Inc., Kate Sade LLC and Tapestry, Inc. (together, "KSNY"), and Case-Mate, Inc. ("Case-Mate") shall jointly file a chart showing all of

the surviving claims against them, all of their surviving claims against any other party, and in one or a few words each principal argument in support of summary judgment.

The objective is for each chart to illustrate what arguments the parties have in common to avoid duplicative briefing. The Court is considering joint briefing by all parties aligned with Vinci and ACS, and by all parties aligned with KSNY, but will consider alternative proposals for the efficient presentation of the motions and arguments.

**ORDERED** that by **November 21, 2025**, the parties shall file a joint letter stating whether they prefer to schedule a settlement conference with Judge Figueredo or another Magistrate Judge chosen at random who has not been involved in the oversight of the case, or a mediation with a private mediator to facilitate the parties' settlement discussions. If a mediator, by **December 5, 2025**, the parties shall identify the mediator they have agreed upon and the first mediation date scheduled. It is further

**ORDERED** that on **December 9, 2025**, at **3:00 P.M.**, a pre-motion conference will be held. To join the conference, the parties shall call (855) 244-8681 and use Access Code 2311 193 8649. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

The Clerk of Court is respectfully directed to close the letter motions at Dkt. Nos. 952, 955, 956, 957 and 958 in 23 Civ. 5138, and to close the letter motions at Dkt. Nos. 592, 593, 594 and 595 in 23 Civ. 5409.

Dated: November 12, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE