
NELSON MULLINS

Erika C. Birg
Attorney
T: (404) 322-6110
erika.birg@nelsonmullins.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: December #', 2025**

Ecug/Ocvg"ku"fktgevgf"vq"tghkrg"vjg"gzjkdkvu"cv"GEH"837/4" cpf "837/5"ugcrgf "cv'vjg'$UGNGEVGF "RCTVKGU$" xkgy kpi "rgxgrl'd{"**December 11, 2025**0'Any party who maintains that Case-Mate's exhibits should remain sealed should file a letter supporting sealing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **December 18, 2025.** If no such motion is made, the exhibitu will be unsealed.

**VIA ECF**

The Honorable Lorna Schofield
Judge, United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:     *Vinci Brands LLC v. Coach, Inc., et al.*, C/A No. 1:23-cv-05138-LGS-VF
        *Kate Spade LLC, et al. v. Vinci Brands, LLC, et al.,* C/A No. 1:23-cv-05409-LGS-VF
        Case-Mate's Letter Motion to Seal

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Practices in Civil Cases, Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under seal Exhibits A and B to the Declaration of Erika Birg In Support Of Case-Mate, Inc.'s Opposition to ACS Acquisition Group, LLC's Motion to Compel JP Morgan Chase to Comply with a Subpoena and Cross-Motion to Quash the Subpoena, or in the Alternative for a Protective Order [ECF 991 (1:23-cv-05138-LGS-VF) and ECF 614 (1:23-cv-05409-LGS-VF)].

Case-Mate seeks to seal these exhibits because other parties marked these documents in discovery as "Confidential" under the Stipulation and Confidentiality Agreement and Order [ECF 233] (the "Confidentiality Stipulation"). To ensure compliance with the Confidentiality Stipulation, Exhibits A and B to the Declaration of Erika Birg In Support Of Case-Mate, Inc.'s Opposition to ACS Acquisition Group, LLC's Motion to Compel JP Morgan Chase to Comply with a Subpoena and Cross-Motion to Quash the Subpoena, or in the Alternative for a Protective Order submitted with this Letter Motion to Seal for the Court's consideration. They are not attached to ECF 991 (1:23-cv-05138-LGS-VF) and ECF 614 (1:23-cv-05409-LGS-VF).

Case-Mate takes no position on whether these documents satisfy the criteria for sealing. Case-Mate is separately serving this Letter and Declaration with exhibits, on opposing counsel by email. We thank the Court for its attention to this matter.

December 9, 2025
Page 2

Respectfully submitted,

*/s/ Erika C. Birg*

Erika C. Birg
*Counsel for Case-Mate, Inc.*

4903-1048-1272 v.2