**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KATE SPADE LLC, et al.,

                                 Plaintiffs,                   **23-CV-05409 (LGS) (VF)**

              -against-                           **ORDER**

VINCI BRANDS LLC, et al.,

                                Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Case-Mate filed a letter motion requesting to sealing of certain exhibits at ECF No. 615, which was refiled at ECF No. 618. The Court directed the parties to make a showing pursuant to Lugosh v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) to permanently seal the information by December 18, 2025. ECF No. 617. No such showing was made.

Accordingly, the Clerk of the Court is respectfully directed to unseal the documents at ECF Nos. 618, 618-1, and 618-2.

       **SO ORDERED.**

DATED:     New York, New York
              January 7, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge