**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KATE SPADE LLC, et al.,

                      Plaintiffs,              **23-CV-05409 (LGS) (VF)**

    -against-                        **ORDER**

VINCI BRANDS LLC, et al.,

                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On August 19, 2025, Vinci submitted an application for an award of attorney's fees and costs in connection with its motion to compel and contempt motion against non-party Himatskingka American, Inc. See ECF No. 569. In connection with that fee application, Vinci submitted contemporaneous billing records, showing the work performed by two attorneys in connection with the motion to compel and contempt motion. ECF No. 569-1. In the declaration of Paul Del Aguila submitted in support of Vinci's application, Mr. Del Aguila states that he billed 4.5 hours on the motions and 2.9 hours on the fee application. ECF No. 569-1 at ¶ 10. A review of the billing records, however, indicates that there are many other time entries by Mr. Del Aguila in connection with the motion to compel and contempt motion. See, e.g., ECF No. 569-1 at 14-15, 19.[1] No single time entry for Mr. Del Aguila equals 4.5 hours, as stated in the declaration, and the Court is unsure which time entries were combined (if entries were combined) to reach 4.5 hours. Likewise, the declaration indicates that Mr. Pelton billed for 1.5 hours. ECF No. 569-1 at ¶ 10. But there is no individual time entry for 1.5 hours, and if the Court

---

[1] The page numbers referenced herein refer to the ECF-generated pagination in the cited document.

were to add up all the time entries for Mr. Pelton, the time billed would exceed 1.5 hours. See, e.g., id. at 9, 12, 15.

By **Wednesday January 21, 2026**, Vinci is hereby directed to submit a letter explaining how it arrived at its calculation of the hours expended by its attorneys for which it seeks an award of fees.

**SO ORDERED.**

DATED:      New York, New York
            January 14, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2